IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03049-KMT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1965 CHEVROLET IMPALA CAPRICE, VIN: 164675L208803,
1954 CHEVROLET BEL-AIR, VIN: C54S111605, and
2006 HARLEY DAVIDSON FLHXI, VIN: 1HD1KBW106Y652328,

        Defendants.

---

**DEFAULT AND FINAL ORDER OF FORFEITURE**

---

        THIS MATTER comes before the Court on the United States' Motion for Default and Final Order of Forfeiture as to defendant property, the Court having reviewed said Motion FINDS:

        THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

        THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

        THAT after proper notice, neither the known potential claimants, nor any other third party, has filed a Claim or Answer as to defendant assets as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT Entry of Default was entered by the Clerk of the Court on January 21, 2015. (Doc. 12).

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of defendant assets, and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.  It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881;

THAT the facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final Judgment and Order of Forfeiture as to defendant properties;

THAT the Clerk of Court shall be directed to enter Judgment as to the following defendant assets;

      a. 1965 Chevrolet Impala Caprice, VIN: 164675L208803,

      b. 1954 Chevrolet Bel-Air, VIN: C54S111605, and

      c. 2006 Harley Davidson FLHXI, VIN: 1HD1KBW106Y652328;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default and forfeiture of

      a. 1965 Chevrolet Impala Caprice, VIN: 164675L208803,

      b. 1954 Chevrolet Bel-Air, VIN: C54S111605, and

      c. 2006 Harley Davidson FLHXI, VIN: 1HD1KBW106Y652328,

including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881;

THAT the United States shall have full and legal title as to the defendant properties and may dispose of said properties in accordance with law;

THAT this Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to the defendant properties under 28 U.S.C. § 2465; and

THAT the Clerk of Court is directed to enter Judgment as to

    a. 1965 Chevrolet Impala Caprice, VIN: 164675L208803,

    b. 1954 Chevrolet Bel-Air, VIN: C54S111605, and

    c. 2006 Harley Davidson FLHXI, VIN: 1HD1KBW106Y652328.

SO ORDERED this 22nd day of January, 2015.

BY THE COURT:

_____
KATHLEEN M. TAFOYA
United States Magistrate Judge